UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JAMES E. NOETHTICH, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-00600-JPH-DLP |
| | ) | |
| PROGRESS RAIL, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

## I. Granting *in forma pauperis* status

Mr. Noethtich's motion to proceed *in forma pauperis*, dkt. [2], is **GRANTED**. *See* 28 U.S.C. § 1915(a). While *in forma pauperis* status allows Mr. Noethtich to proceed without prepaying the filing fee, he remains liable for the full fees. *Ross v. Roman Catholic Archdiocese of Chicago*, 748 F. App'x 64, 65 (7th Cir. Jan. 15, 2019) ("Under 28 U.S.C. § 1915(a), a district court may allow a litigant to proceed 'without *prepayment* of fees,' . . . but not without *ever* paying fees."). No payment is due at this time.

## II. Directing Service of Process

The **clerk is directed** under Federal Rule of Civil Procedure 4(c)(3) to issue process to Defendant Progress Rail in the manner specified by Rule 4(d). Process shall consist of the complaint, dkt. 1, applicable forms (Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons), and this Order. The complaint lists "Progress Rail/Caterpillar" in the caption, but only identifies Progress Rail as the defendant place of

1

employment, dkt. 1, so the Clerk **shall terminate** Caterpillar as a defendant on the docket.

**SO ORDERED.**

Date: 3/17/2020

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

JAMES E. NOETHTICH, JR.
2717 Horton Drive
Anderson, IN 46011

Progress Rail
3500 S. Cowan Rd.
Muncie, IN 47302